# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAN TING LONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ERIC McAFEE, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00898-DAD-SAB<br><br>ORDER STRIKING UNSIGNED MOTION FOR PERMISSION TO EFILE<br><br>(ECF No. 2) |

On July 1, 2019, Wang Ting Long and Xuejun Makhsous ("Plaintiffs") filed this action alleging violations of the Federal Securities Act and California law. Along with the complaint, Plaintiff Makhsous filed a motion for permission to file documents electronically in this action. However, Plaintiff's motion is unsigned and the Court cannot consider unsigned documents and the motion shall be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Plaintiff is advised that pursuant to the Local Rules of the Eastern District of California, "[p]ro se parties shall file and serve paper documents as provided in these Rules. After a pro se party files a paper document, the Clerk will transform the paper filing into an electronic record and ultimately discard the paper filing." L.R. 133(a). The Rule does provide for exceptions.

> **(2) Pro Se Party Exception.** Any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge. See L.R. 133(b)(3). All pro se parties shall file and serve paper

1

documents as required by applicable Federal Rules of Civil or Criminal Procedure or by these Rules.

**(3) Form of Requests.** Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception. Points and authorities are not required, and no argument or hearing will normally be held. Requests may also be made in scheduling conference and pretrial conference statements when the need can be foreseen.

L.R. 133(b).

Accordingly, Plaintiff's motion for permission to efile is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated: **July 3, 2019**

UNITED STATES MAGISTRATE JUDGE

2