# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAN TING LONG, et al., | Case No. 1:19 -cv-00898-DAD-SAB |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' REQUEST TO FILE DOCUMENTS ELECTRONICALLY |
| v. | |
| ERIC McAFEE, et al., | (ECF No. 8) |
| Defendants. | |

On July 1, 2019, Wang Ting Long and Xuejun Makhsous ("Plaintiffs") filed this action alleging violations of the Federal Securities Act and California law. On September 12, 2019, Plaintiffs filed a motion for permission to file documents electronically. (ECF No. 8.)

Plaintiffs seek the Court's permission to file documents electronically through the electronic case management/filing ("CM/ECF") system because Plantiff Makhsous lives in Illinois and Plaintiff Long lives in China.

Pursuant to the Local Rules , a pro se party shall file and serve paper documents as required by the Rule. Local Rule 133(a). A party appearing pro se may request an exception to the paper filing requirement from the court by filing a stipulation of the parties or by motion. Local Rule 133(b)(2), (3). Upon review of Plaintiffs' request, the Court finds that this action does not warrant an exception to the Local Rule.

/ / /

Accordingly, Plaintiffs' motion to file documents electronically is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **September 13, 2019**

UNITED STATES MAGISTRATE JUDGE